**NOT FOR PUBLICATION**

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| ZURU LTD., <br><br> Plaintiff, <br><br> v. <br><br> TELEBRANDS CORP., <br><br> Defendant. | Civil Action No.: 15-cv-548 <br><br> **ORDER** |

**CECCHI, District Judge.**

**THIS MATTER** comes before the Court upon the application of Plaintiff ZURU Ltd. ("ZURU"), for entry of an Order modifying the schedule set forth in the Order to Show Cause entered by the Court on December 23, 2015 (Docket Entry No. 194) to allow ZURU additional time for briefing, and based on ZURU's request for such modifications, and good cause appearing:

IT IS on this the 29th day of December, 2015,

**ORDERED** that:

(a) The Counterclaim Defendants shall file and serve a written response to the Order to Show Cause and proof of service by January 5, 2016;

(b) Telebrands Corp. shall file and serve any written reply to the Counterclaim Defendants' opposition to the Order to Show Cause by January 11, 2016;

(c) A hearing shall take place on January 15, 2016 at 10:00 a.m.; and

(d) ZURU consents to the extension of the temporary restraints until January 15, 2016, and all temporary restraints previously entered by this Court in its December 23, 2015 order shall remain in effect until January 15, 2016, or until such time as this Court further orders.

_____
Honorable Claire C. Cecchi, U.S.D.J.