The oral argument/preliminary injunction hearing previously scheduled for JANUARY 15, 2016 is hereby rescheduled for JANUARY 14, 2016 at 10:00 a.m.    All temporary restraints imposed by the Court's December 29, 2015 order shall remain in effect.

SO ORDERED

_____s/Claire C. Cecchi_____
CLAIRE C. CECCHI, U.S.D.J.
Date: December 30, 2015

---

**Connell Foley LLP**
One Newark Center
Nineteenth Floor
Newark, New Jersey 07102
P 973.757.1100  F 973.757.1090

**Liza M. Walsh**
Partner

December 29, 2015

**VIA ECF AND FEDERAL EXPRESS**
Honorable Claire C. Cecchi, U.S.D.J.
United States District Court for the District of New Jersey
Martin Luther King Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

Re:   *Zuru Ltd. v. Telebrands Corp.*
      **Civil Action No. 15-548 (CCC/MF)**

Dear Judge Cecchi:

This firm, together with Cooper & Dunham LLP and Boies, Schiller & Flexner LLP, represents Telebrands Corp. ("Telebrands") in connection with the above-referenced matter. By Order entered today modifying the briefing schedule set forth in the Order to Show Cause entered by the Court on December 23, 2015, the Court set a new return date of January 15, 2015. We write to advise that counsel for Telebrands, Michael Underhill, Esq., has an unavoidable conflict created by a pre-existing court appearance and is currently scheduled to appear for oral argument in another matter in Northern Virginia on January 15. Accordingly, we respectfully request that the return date in the instant matter be moved to January 14, 2015, subject to the Court's availability. Counsel for Zuru consents and is available on January 14.

As always, we thank the Court for its attention to this matter, and we are appreciative of the time and effort the Court has put into this matter and the Order to Show Cause. We remain available should Your Honor or Your Honor's staff require anything further.

Respectfully submitted,

s/ *Liza M. Walsh*

Liza M. Walsh

cc:   Hon. Mark Falk, U.S.M.J. (via Federal Express)
      All Counsel of Record (via ECF)

3583565-1

Roseland    Jersey City    New York    Cherry Hill    Philadelphia
www.connellfoley.com