UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ZURU LTD,<br><br>                Plaintiff,<br>v.<br><br>TELEBRANDS CORP.,<br><br>                Defendant. | Civil Action No. 15-548 (CCC)<br><br>ORDER APPOINTING<br>SPECIAL MASTER |

**This Matter** having come before the Court for a series of case management conferences relating to discovery and pretrial disputes, including contempt applications arising out of a Consent Order and contested sealing motions;

and the Court finding that the appointment of a Special Master pursuant to Federal Rule of Civil Procedure 53 is appropriate under the circumstances;

and the Court further concluding that the assistance of a Special Master would be beneficial to the resolution of pretrial disputes in this case;

and for good cause shown;

**IT IS** on this __19th__ day of January, 2016,

**ORDERED** that:

1. Stephen M. Greenberg, Esq., is appointed under Rule 53 as Special Master on an ongoing basis for the purpose of assisting the Court with discovery and pretrial disputes, including contempt motions and contested sealing motions.

2. The Special Master shall have the rights, powers, and duties provided in Rule 53 and may adopt such procedures as are not inconsistent with that rule or with this or other Orders of the Court. The Special Master should create a record of proceedings, take

testimony or obtain submissions, and impose whatever procedures he deems appropriate to fulfill his duties under this Order.

3. The Special Master will contact the parties to set up an initial conference in the near future.

4. Any appeal of or objections to the findings or conclusions of the Special Master must be filed within the time frame set forth in Local Civil Rule 72.1(c)(1). Any appeals or objections will be addressed to the Honorable Claire C. Cecchi, U.S.D.J.

5. Compensation shall be paid to the Special Master on a periodic basis by the parties. The compensation shall be split amongst the parties at this time.

6. The parties shall advise the Court and the Special Master of any apparent, potential, or actual conflict of interest no later than **January 22, 2016**.

_____
**CLAIRE C. CECCHI**
**United States District Judge**