UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **TELEBRANDS CORP,** | Civil Action No. 15-548 (CCC) |
| Plaintiff, | |
| v. | |
| **ZURU LTD.,** | **ORDER APPOINTING** |
| | **SPECIAL MASTER** |
| Defendant. | |

**This Matter** having come before the Court for a series of case management conferences relating to discovery and pretrial disputes, including contempt applications arising out of a Consent Order and contested sealing motions;

and the Court finding that the appointment of a Special Master pursuant to Federal Rule of Civil Procedure 53 is appropriate under the circumstances;

and the Court further concluding that the assistance of a Special Master would be beneficial to the resolution of pretrial disputes in this case; and for

good cause shown;

**IT IS** on this 4th day of May, 2016,

**ORDERED** that:

1. The Honorable Ronald J. Hedges (Ret.), is appointed under Rule 53 as Special Master on an ongoing basis for the purpose of assisting the Court with discovery and pretrial disputes, including contempt motions and contested sealing motions.

2. The Special Master shall have the rights, powers, and duties provided in Rule 53 and may adopt such procedures as are not inconsistent with that rule or with this or other

Orders of the Court. The Special Master should create a record of proceedings, take testimony or obtain submissions, and impose whatever procedures he deems appropriate to fulfill his duties under this Order.

       3.      The Special Master will contact the parties to set up an initial conference in the near future.

       4.      Any appeal of or objections to the findings or conclusions of the Special Master must be filed within the time frame set forth in Local Civil Rule 72.1(c)(1). Any appeals or objections will be addressed to the Honorable Claire C. Cecchi, U.S.D.J.

       5.      Zuru[1] and Telebrands[2] have consented to the appointment of Judge Hedges and this Order shall apply to them. This Order does not apply at present to Tinnus,[3] as it does not appear that Tinnus has indicated its assent. Judge Hedges shall inquire as to whether Tinnus assents to be part of this Order.

       6.      The parties governed by this Order shall split the compensation to be paid to the Special Master. The compensation shall be paid to the Special Master on a periodic basis.

       7.      The parties shall advise the Court and the Special Master of any apparent, potential, or actual conflict of interest no later than **May 10, 2016**.

                                                   **CLAIRE C. CECCHI**
                                                   **United States District Judge**

---

[1] "Zuru" refers to Plaintiff Zuru Ltd. and Counter-Defendants Zuru Ltd., Zuru Inc., and Zuru Toys Inc. d/b/a Zuru Toys Ltd.
[2] "Telebrands" refers to Defendant and Counter-Plaintiff Telebrands Corp.
[3] "Tinnus" refers to Counter-Defendants Tinnus Enterprises, LLC and Tinnus Technology, LLC.